UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK/Attorney/ ROBERT RABASOLNIK, ESQ.

---

SANTIAGO HUNGRIA, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED EMPLOYEES

                                        Plaintiff(s)

                  - against -

LOVE ON THE ROCKS, LTD.

                                        Defendant(s)

Index # 08 CV 0073 (HELLERSTEIN)

Purchased January 4, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 23, 2008 at 01:25 PM at

306 WEST 37TH STREET
FLOOR 17
NEW YORK, NY10018

deponent served the within SUMMONS AND COMPLAINT on LOVE ON THE ROCKS, LTD. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ANNA SANCHEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 35 | 5'8 | 180 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 23, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**BARRY F. GERMAN**
License #: 982866
Invoice #: 454881

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728