```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTIAGO HUNGRIA, on behalf of himself
and other similarly situated employees,

    Plaintiff,

v.

LOVE ON THE ROCKS, LTD.

    Defendant.

Case No.: 08-CV-00073

STIPULATION OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, LOVE ON THE ROCKS, Ltd, and Plaintiff, SANTIAGO HUNGRIA, and their respective attorneys, that the claims of Plaintiff are hereby dismissed with prejudice in their entirety as against the Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), without costs or attorneys' fees to any party.

By: _____
Robert L. Kraselnik

Law Offices of
Robert L. Kraselnik, PLLC
*Attorneys for Plaintiff*
SANTIAGO HUNGRIA, et al.
(212) 400-7160

By: _____
Jeffrey D. Streinfeld

King &
Streinfeld
*Attorneys for Defendant*
LOVE ON THE ROCKS, LTD.
(516) 354-4600

Dated: March 26, 2008
      New York, NY

So Ordered
4/16/08